**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 09-6829**

───────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

KEVIN ARNETTE WATTS,

        Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:04-cr-00086-RAJ-2)

───────────────

Submitted: August 26, 2009      Decided: September 3, 2009

───────────────

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Kevin Arnette Watts, Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Arnette Watts appeals the district court's order denying his motion for specific performance of his plea agreement. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Watts, No. 2:04-cr-00086-RAJ-2 (E.D. Va. Apr. 10, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED